UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-80578-DAMIAN

**EVERLONG, LLC, on its own behalf,**
**and as assignee of OAKMONT**
**STABLES, LLC**,

    Plaintiff,

v.

**GREAT AMERICAN ASSURANCE**
**COMPANY**,

    Defendant.
_____/

## OMNIBUS ORDER FOLLOWING STATUS CONFERENCE

**THIS CAUSE** came before the Court for a Status Conference held on January 26, 2026, at which the parties appeared, through counsel, before the undersigned (the "Status Conference"). The Court heard argument from the parties as to Defendant, Great American Assurance Company's ("Great American"), Motion To Dismiss Plaintiff Everlong, LLC's Complaint With Prejudice, filed July 9, 2025 [ECF No. 18 (the "Motion to Dismiss")].

THE COURT has considered the Motion to Dismiss, the Response and Reply thereto [ECF Nos. 21 and 24], pertinent portions of the record, and relevant authorities and is otherwise fully advised. The Court also heard from the parties at the Status Conference.

For the reasons stated and as further detailed on the record, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    Defendant's Motion To Dismiss **[ECF No. 18]** is **GRANTED**.

2.    Plaintiff's Complaint [ECF NO. 1] is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff's *ore tenus* Motion for Leave to file an amended complaint is **GRANTED**, and Plaintiff shall file an Amended Complaint within **twenty (20) days** of the date of this Order.

4. This action is hereby **STAYED** pending resolution of any forthcoming motions to dismiss directed to the Amended Complaint, or until further Order of the Court.

5. The Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. Administrative closure does not constitute a dismissal or final adjudication of this action, and the case may be reopened upon motion of any party or by further Order of the Court.

To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 26th day of January, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**