UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:25-cv-80578-MD

EVERLONG, LLC, a Florida Limited
Liability Company, on its own behalf,
and as assignee of OAKMONT
STABLES, LLC, a Florida Limited
Liability Company,

       Plaintiff,

vs.

GREAT AMERICAN ASSURANCE
COMPANY, an Ohio corporation,

       Defendant.

_____ /

## AMENDED JOINT SCHEDULING REPORT

Plaintiff, Everlong, LLC ("Everlong"), and Defendant, Great American Assurance Company ("Great American," and together with Everlong, the "Parties"), pursuant to the Court's Order Reopening Case (Document No. 42), hereby file this Amended Joint Scheduling Report and Joint Proposed Scheduling Order.

**Proposed Case Management Deadlines.**

The Parties agree to the following timeline for discovery, trial, and other deadlines:

**May 1, 2026.**  Parties shall select a mediator.

**October 1, 2026.**  Plaintiff shall exchange any expert witness summaries or reports.

**October 16, 2026.**   Defendant shall exchange any expert witness summaries or reports.

**October 23, 2026.**  Parties shall exchange any rebuttal expert witness summaries or reports.

**November 13, 2026.**  All discovery, including expert discovery, shall be completed.

**December 1, 2026.**    The parties shall complete mediation and file a mediation report.

**December 11, 2026.** The parties shall file all substantive pre-trial motions and *Daubert* motions.

**April 1, 2027.**  The parties shall file any motions *in limine* (other than *Daubert* motions).

**April 1, 2027.**  The parties shall submit a joint pre-trial stipulation, exhibit lists, witness lists, deposition designations, and proposed jury instructions and verdict form or proposed findings of fact and conclusions of law, as applicable.

**May 3, 2027.**   Pre-Trial Conference.

**May 10, 2027.**  Trial date.  Parties request 4 days for trial.

The Parties note that the Court's forthcoming ruling on Great American's Motion to Dismiss Everlong's First Amended Complaint with Prejudice (Document No. 41) may impact the schedule proposed above.

DATED this 31st day of March 2026,

| | |
|---|---|
| **KUTNER, RUBINOFF & MOSS, LLP** | **RUGGERI PARKS WEINBERG LLP** |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 2665 South Bayshore Dr., Suite 301 | 1875 K ST. NW, Suite 800 |
| Coconut Grove, FL 33133 | Washington, DC  20006 |
| Telephone: (305) 358-6200 | Telephone: (202) 984-1400 |
| Fax: (305) 577-8230 | Fax: (202) 984-1401 |

By:  /s/ *Andrew M. Moss*
   Andrew M. Moss
   Florida Bar No. 0170259
   Email: Moss@krmlegal.com

By:  /s/ *James P. Ruggeri*
   James P. Ruggeri
   Admitted *pro hac vice*
   Email: jruggeri@ruggerilaw.com

By:  /s/ *Nicholas E. Yu*
   Nicholas E. Yu
   Admitted *pro hac vice*
   Email: nyu@ruggerilaw.com