IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:25-cv-80578-MD

EVERLONG, LLC, *on its own behalf,*
*and as assignee of* OAKMONT
STABLES, LLC,

      Plaintiff,

v.

GREAT AMERICAN ASSURANCE
COMPANY,

      Defendant.

_____/

**NOTICE OF NINETY DAYS EXPIRING REGARDING GREAT AMERICAN ASSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF EVERLONG, LLC'S FIRST AMENDED COMPLAINT WITH PREJUDICE [ECF NO. 41]**

Defendant Great American Assurance Company ("Great American"), by and through

undersigned counsel, files this Notice of Ninety Days Expiring:

**(i)**     **The title and docket entry number of the subject motion, along with the dates of service and filing.**

Defendant Great American Assurance Company's Motion to Dismiss Plaintiff Everlong,

LLC's First Amended Complaint with Prejudice.  ECF No. 41.  Filed on March 3, 2026.

**(ii)**     **The title and docket entry number of any and all responses or opposing memoranda, along with the dates of service and filing, or if no such papers have been filed, the date on which such papers were due.**

Plaintiff's Response to Defendant's Motion to Dismiss First Amended Complaint.  ECF No.

43.  Filed on March 17, 2026.

**(iii)**     **The title and docket entry number of any reply memoranda, or any other papers filed and served in connection with the motion, as well as the dates of service and filing.**

Defendant Great American Assurance Company's Reply in Support of its Motion to Dismiss

Everlong, LLC's First Amended Complaint with Prejudice.  ECF No. 44.  Filed on March 24, 2026.

**(iv)   The date of any hearing held on the motion.**

None.

Dated:  June 25, 2026                    Respectfully submitted,

By:  */s/ Jennifer M. Clark*
Jennifer M. Clark
Florida Bar No. 22434
Christopher S. Morin
Florida Bar No. 177600
Murray, Morin & Herman, P.A.
3550 Buschwood Park Drive, Suite 130
Tampa, FL  33618
Tel: (813) 222-1800
Fax: (813) 222-1801
jclark@mmhlaw.com
cmorin@mmhlaw.com

- and -

James P. Ruggeri (*pro hac vice*)
Nicholas E. Yu (*pro hac vice*)
Ruggeri Parks Weinberg LLP
1875 K St. NW, Suite 800
Washington, DC 20006
Tel: (202) 984-1400
Fax: (202) 984-1401
jruggeri@ruggerilaw.com
nyu@ruggerilaw.com

*Attorneys for Defendant Great American Assurance Company*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2026, a copy of the foregoing was filed electronically and served by mail on any party unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any party unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer M. Clark*
Jennifer M. Clark